Allonn E. Levy, Bar No. 187251
alevy@hopkinscarley.com
Christopher A. Hohn, Bar No. 271759
chohn@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 South First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:      (408) 998-4790

Attorneys for Plaintiff
EBAY INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EBAY INC., | CASE NO.  5:15-CV-01311-BLF |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE ADR PHONE CONFERENCE AND CASE MANAGEMENT CONFERENCE |
| v. | |
| EXTERRO, INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIM. | |

Pursuant to Civil Local Rule 6-2, Plaintiff and Counterclaim Defendant eBay Inc. ("eBay") and Defendant and Counterclaimant Exterro, Inc. ("Exterro") hereby stipulate and jointly request that the Court reschedule: (1) the ADR Phone Conference currently set for June 29, 2015 at 11:30 a.m.; and (2) the Case Management Conference currently set for July 2, 2015 at 1:30 p.m.  Unfortunately, as currently scheduled, the ADR Phone Conference overlaps with a previously-planned vacation of eBay's counsel, while the Case Management Conference overlaps with a previously-planned vacation of Exterro's counsel.  Accordingly, the parties request that the

692\1235893.2

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE ADR PHONE CONFERENCE AND CASE MANAGEMENT CONFERENCE
5:15-CV-01311-BLF

1  Court continue the ADR Phone Conference until July 7, 2015, or such other time as is convenient
2  for the Court.  The parties further request that the Court continue the Case Management
3  Conference until July 16, 2015, or such other time as is convenient for the Court.[1]
4      Neither of the parties have previously requested time modifications in this case.  The
5  Court, acting *sua sponte*, previously rescheduled the initial case management conference.  *See*
6  Dkt. 20.  The time modifications requested by this stipulation will not have any effect on the
7  schedule for this case, which has not yet been established.

8      **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: June 19, 2015               HOPKINS & CARLEY
                                   A Law Corporation


                                   By: */s/ Christopher A. Hohn*
                                       Allonn E. Levy
                                       Christopher A. Hohn
                                       Attorneys for Plaintiff
                                       EBAY INC.

Dated: June 19, 2015               THOITS LAW, a Professional Corporation


                                   By: */s/ Jared M. Ahern*

                                       Andrew P. Holland
                                       Mark V. Boennighausen
                                       Jared M. Ahern
                                       Attorneys for Defendant and Counterclaim
                                       Plaintiff EXTERRO, INC.


    PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____, 2015            _____
                                   Honorable Beth Labson Freeman

---

[1] Counsel for eBay has a hearing scheduled in another matter that would prevent him from attending a case management conference at 1:30 p.m. on July 9, 2015.

## **ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)**

I, Christopher A. Hohn, am the ECF user whose ID and password are being used to file the STIPULATION TO MODIFY CASE SCHEDULE. In compliance with Civil L.R. 5-1(i), I hereby attest that Jared M. Ahern of Thoits Law has concurred in this filing.

/s/ *Christopher A. Hohn*
Christopher A. Hohn

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

692\1235893.2               - 1 -
STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE ADR PHONE CONFERENCE AND CASE MANAGEMENT CONFERENCE